IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GARY DEAN JENKS, JR | ) | Case No.  06-60843 |
| | ) | |
| Debtor | ) | |

**TRUSTEE'S APPLICATION TO DEPOSIT FUNDS**
**INTO THE REGISTRY OF THE COURT**

COMES NOW Thomas J. O'Neal, Trustee, and applies to this Court for its Order authorizing the Trustee to pay into the Registry of the Court the total sum of One Thousand and Fifty-seven Dollars and 49/100 ($1,057.49) for the following reasons:

1. The Trustee is the duly appointed Trustee of this estate.

2. The Trustee filed his Final Report on August 17, 2010, and upon Court approval disbursed funds as ordered on October 6, 2010.

3. The Trustee issued the following checks on October 6, 2010:

| **PAYEE** | **AMOUNT** | **CHECK #** |
|---|---:|---|
| American Express Bank FSB | $32.26 | 317 |
| Bank of America, N.A. | $555.62 | 318 |
| Bank of America, N.A. | $469.61 | 319 |

4. The Trustee has made several attempts to locate the above creditors. The Trustee would request the Court to enter an Order authorizing the Trustee to deposit the remaining funds totaling One Thousand Fifty-seven Dollars and 49/100 ($1,057.49) in his possession into the Registry of the Court.

2917584.1

WHEREFORE, Thomas J. O'Neal, Trustee, moves the Court for its Order authorizing him to deposit into the Registry of the Court the total sum of $1,057.49.

/s/ Thomas J. O'Neal
Thomas J. O'Neal

Missouri Bar No. 20467
POLSINELLI SHUGHART, P.C.
901 St. Louis St., Ste. 1200
Springfield, MO 65806
Telephone: (417) 869-3353
Facsimile: (417) 869-9943

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true copy of the foregoing on the U.S. Trustee, 400 East 9th Street, Room 3440, Kansas City, MO 64106, by either electronic filing or by depositing a copy of same in the U.S. Mail, postage prepaid, on this 27th day of September, 2011.

/s/ Thomas J. O'Neal
Thomas J. O'Neal